MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
May 14, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF:<br><br>2015 MERCEDES C63 AMG S, VIN: 55SWF8HB7FU081410 | [PROPOSED] ORDER TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT<br><br>CASE NO: 2:25-sw-0052-CKD |
|---|---|

Upon application of the United States of America for an order authorizing the unsealing of the above-captioned seizure warrant and accompanying application, affidavit, and related documents,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

Dated: May 14, 2025

The Honorable Chi Soo Kim
UNITED STATES MAGISTRATE JUDGE